IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | CASE NO. 2:06-CV-0112 RLY-WGH |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN J. VELA, JOHN J. VELA ) | |
| TRUCKING d/b/a JAY'S TRUCKING, ) | |
| SULLIVAN VOLUNTEER FIRE ) | |
| DEPARTMENT, CITY OF SULLIVAN, ) | |
| INDIANA, and DONALD RAY HUFF, ) | |
| Defendants. ) | |
| _____ ) | |
| JOHN J. VELA and JOHN J. VELA ) | |
| TRUCKING d/b/a JAY'S TRUCKING, ) | |
| Counterclaimants, ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| Counterclaim Defendant. ) | |
| _____ ) | |
| JOHN J. VELA and JOHN J. VELA ) | |
| TRUCKING d/b/a JAY's TRUCKING, ) | |
| Cross-claimants, ) | |
| v. ) | |
| ) | |
| CITY OF SULLIVAN, INDIANA and ) | |
| DONALD RAY HUFF, ) | |
| Cross-defendants. ) | |
| _____ ) | |
| DONALD RAY HUFF, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CXS TRANSPORTATION, INC. and ) | |
| JOHN J. VELA, Individually and d/b/a ) | |
| JAY's TRUCKING, a/k/a JOHN J. VELA ) | |
| TRUCKING, ) | |
| Defendants. ) | |

**THE VELA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AS TO COUNT III OF PLAINTIFF, CSX TRANSPORTATION, INC.'S COMPLAINT**

Defendants John J. Vela and John J. Vela Trucking d/b/a Jay's Trucking, by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment as to Count III of Plaintiff CSX's Complaint for Damages because there is no genuine issue of material fact and these defendants are entitled to judgment on Count III as a matter of law. In support of their motion, the Vela defendants file simultaneously herewith their supporting brief.

WHEREFORE, the Vela defendants pray for final summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, for costs, and for all other proper relief.

LOCKE REYNOLDS LLP

By:   */s/ Eric A. Riegner*
      Eric A. Riegner, #14057-49
      Matthew R. King, #24262-53
      Edward L. Holloran, III, #27452-49
      Attorneys for Defendants
      John J. Vela and John J. Vela Trucking
      d/b/a Jay's Trucking

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David A. Locke<br>John C. Duffy<br>Stuart & Branigin LLP<br>300 Main Street, Suite 900<br>P. O. Box 1010<br>Lafayette, IN  47902<br><br>dal@stuartlaw.com<br>jcd@stuartlaw.com | Monica C. Carpenter<br>Sturm, Smith & Parmenter<br>312 Main Street<br>P.O. Box 393<br>Vincennes, IN  47591<br><br>mcarpenter@ssplawfirm.com |
| Craig M. McKee<br>Wilkinson, Goeller, Modesitt,<br> Wilkinson & Drummy, LLP<br>333 Ohio Street<br>P.O. Box 800<br>Terre Haute, IN  47808-0800<br>cmmckee@wilkinsonlaw.com | Donald R. Huff,<br>9301 Valleyview Drive<br>Evansville, IN  47711<br><br>*Pro Se* |

                                                                    */s/ Eric A. Riegner*
                                                                    Eric A. Riegner

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
eriegner@locke.com
mking@locke.com
eholloran@locke.com
867948_1